JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL WINK, an individual; and MARY WINK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign corporation; DOES I through XXX; and ABC CORPORATIONS A-Z, inclusive,<br><br>Defendant. | CASE NO. 3:26-cv-00496-MMD-CSD<br><br>**STIPULATION TO APPEAR REMOTELY FOR CASE MANAGEMENT CONFERENCE** |

Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY ("Defendant"), and Plaintiffs DANIEL WINK and MARY WINK ("Plaintiffs"), by and through their undersigned counsel of record, hereby stipulate as follows:

That attorney John T. Keating, counsel for Defendant Allstate Vehicle and Property Insurance Company, be allowed to appear remotely at the Case Management Conference scheduled for September 11, 2026 at 10:00 a.m.

/ / /

/ / /

/ / /



KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

The reason for the request to appear remotely is that Mr. Keating's place of business is in Las Vegas, Nevada and he has a deposition scheduled later that morning on September 11, 2026 in another case.

DATED: August 3, 2026.

KEATING LAW GROUP

*/s/ John T. Keating*

John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

DATED: August 3, 2026.

LEVERTY & ASSOCIATES LAW, CHTD.

*/s/ Patrick R. Leverty*

Patrick R. Leverty, Esq.
Nevada Bar No. 8840
608 Lander Street
Reno, NV 89509
Attorneys for Plaintiffs

Dated: August 3, 2026

U.S. Magistrate Judge

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148